# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL ACTION |
| v. | : | NO. 08-223 |
| JERRICK BART LIMEHOUSE | : | CIVIL ACTION |
| Defendant. | : | NO. 13-1254 |

## ORDER

AND NOW, this 23rd day of July, 2013, upon consideration of the Defendant/Petitioner's Habeas Corpus Motion Under 28 U.S.C. § 2255 (Doc. No. 75), and the Government's Response thereto (Doc. No. 79), and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED as follows:

1) The Habeas Corpus Motion under 28 U.S.C. § 2255 is DENIED.

2) There is no basis for the issuance of a certificate of appealability, as the Petitioner has not made a substantial showing of the denial of a constitutional right.

BY THE COURT:

s/J. Curtis Joyner

J. CURTIS JOYNER, J.